IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH DESIMONE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EVERSANA LIFE SCIENCE SERVICES, LLC | : | NO. 21-4755 |

# **O R D E R**

**AND NOW,** this 7th day of September, 2022, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

George Wylesol
Clerk of Court

By:   /s/ Lara L. Karlson
*Lara L. Karlson, Deputy Clerk*